UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DURECO K. BROWN,

    Plaintiff,

v.        Case No. 3:13cv544/MCR/CJK

M. NICHOLS,

    Defendant.
_____/

**ORDER**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on April 8, 2014 (doc. 14), pursuant to 28 U.S.C. § 636(b)(1)(B), and after giving the parties an opportunity to file objections,[1] the Report and Recommendation is adopted as the order of the Court.

Accordingly:

1.  The Magistrate Judge's Report and Recommendation (doc. 14) is adopted and incorporated by reference in this Order.

2.  This case is **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B)(ii), for Plaintiff's failure to state a claim upon which relief may be granted.

3.  The Clerk is directed to close the file.

**DONE AND ORDERED** this 8th day of May, 2014.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] No timely objections were filed.